# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** September 23, 2021

**CASE OF:** IN RE: AMENDMENTS TO RULE REGULATING THE FLORIDA BAR 4-7.19

**DOCKET NO.:** SC21-775

**OPINION FILED:** September 9, 2021

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On p. 3, Bar Rule 4-7.19(b), line 3, "appliable" was changed to "applicable."

On p. 4, Bar Rule 4-7.19(f)(5), line 2, "incompliance" was changed to "in compliance."

On p. 4, Bar Rule 4-7.19(g), line 3, "appliable" was changed to "applicable."

**SIGNED: OPINION CLERK**